Official Form 417A (12/18)



FILED
SEP 06 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

23-40678

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Donald James Runnals

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   | For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
   |---|---|
   | ☐ Plaintiff | ☒ Debtor |
   | ☐ Defendant | ☐ Creditor |
   | ☐ Other (describe) _____ | ☐ Trustee |
   | | ☐ Other (describe) _____ |

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Denying Reopen Ch13 Case #23-40678

2. State the date on which the judgment, order, or decree was entered: August 30, 2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: ARCPE 1 LLC    Attorney: Nichole L. Glowin
   ZBS Law, LLP
   30 Corporate Park, Suite 450
   Irvine, CA 92606
   (714) 848-7920

2. Party: US Bank N.A.    Attorney: Theron S. Covey
   Robertson, Anschutz, Schneid & Crane LLP
   350 10th Ave., Suite 1000
   San Diego, CA 92101
   (470) 321-7112

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_/s/ signed_
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: September 5, 2023

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Donald James Runnals
9 Middle Road
Lafayette, CA 94549
(925) 768-4983

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]